IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cr. S-08-00291 FCD |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| WILLIAM ANTHONY WALKER, | |
| Defendant. | |
| _____/ | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release WILLIAM ANTHONY WALKER, Case No. Cr. S-08-00291 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

  _X_   Release on Personal Recognizance

  ___   Bail Posted in the Sum of $ [ ]

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    _X_    (Other) [Defendant is sentenced to imprisonment of 4 months, and the defendant is Ordered to self-surrender on September 22, 2008 at 2:00 p.m. to the Office of the United States Marshall.  A Judgment and Commitment Order to issue.

Issued at Sacramento, CA  on August 25, 2008 at 10:25 a.m.

Dated:   August 25, 2008

*[signature]*

FRANK C. DAMRELL JR.
UNITED STATES DISTRICT JUDGE

WALKER, WILLIAM Order release TSR violstion.wpd      2