```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    WILLIAM ANTHONY WALKER
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     ) NO. CR-S-08-291 FCD
                                  )
13                 Plaintiff,     )
                                  ) STIPULATION AND ORDER
14        v.                      ) CONTINUING SELF-SURRENDER DATE
                                  )
15  WILLIAM ANTHONY WALKER,       )
                                  )
16                 Defendant.     ) Judge: Frank C. Damrell, Jr.
                                  )
17  _____ )

18
```

19  The plaintiff, United States of America through its counsel,
20  Daniel S. McConkie together with defendant/Supervisee William Anthony
21  Walker, through his counsel, Assistant Federal Defender, Matthew C.
22  Bockmon agree to continue Mr. Walker's self-surrender date from
23  September 22, 2008 at 2:00 p.m. to September 23, 2008 at 2:00 p.m. to
24  FCI Terminal Island.
25  This continuance is for Mr. Walker to attend his niece's funeral
26  on September 22, 2008. United States Probation Officer Matt Faubert
27  agrees to this continuance.
28  ///

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated: September 18, 2008               /s/ Matthew C. Bockmon
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for William Anthony Walker


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: September 18, 2008               /s/ Matthew C. Bockmon for
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney
                                        per telephonic authority
```

**O R D E R**

The continuance for Defendant, William Anthony Walker to self-surrender on September 23, 2008 at 2:00 p.m. is GRANTED.

IT IS SO ORDERED.

Dated: September 18, 2008

HON. FRANK C. DAMRELL, JR.
United States District Judge

Order Following Hearing                     2